

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE:  YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) | 3:09-md-02100-DRH<br><br>MDL No. 2100 |

**This Document Relates To:**

| | |
|---|---|
| *Raenetta Whittington v. Bayer Corporation, et al.* | No. 10-cv-12442-DRH |
| *Stephanie Brazil v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 12-cv-10933-DRH |
| *Rebecca M. Saunders v. Bayer Corporation, et al.* | No.12-cv-11314-DRH |
| *Rose Chavez v. Bayer Pharma AG, et al.* | No. 14-cv-10242-DRH |
| *Holly Short v. Bayer Pharma AG, et al.* | No. 14-cv-10279-DRH |
| *Jessica Rieniets, et al. v. Bayer Pharma AG, et al.* | No. 14-cv-10278-DRH |
| *Margaret Sisco, et al. v. Bayer Pharma AG, et al.* | No. 11-cv-12811-DRH |
| *Teresa Beckwith v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-12859-DRH |
| *Mary Angela Carpenter, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-12276-DRH |
| *Christina Eleanor v. Bayer Corporation, et al.* | No. 10-cv-10077-DRH |
| *Jill Fender v. Bayer Corporation, et al.* | No. 09-cv-20036-DRH |
| *Nermin Huber v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 12-cv-11684-DRH |
| *Jennifer Johnson v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-20005-DRH |

| | |
|---|---|
| *Kimberly Marchant v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-11850-DRH |
| *Shirley Trujillo v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-13237-DRH |
| *Kristine Ubben v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-11694-DRH |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed on April 19, 2016, the above captioned cases are **DISMISSED** with prejudice. Each party shall bear their own costs.

JUSTINE FLANAGAN,
ACTING CLERK OF COURT

BY: /s/*Caitlin Fischer*
Deputy Clerk

Digitally signed by Judge David R. Herndon
Date: 2016.04.21 13:43:59 -05'00'

APPROVED:
DISTRICT JUDGE
U. S. DISTRICT COURT

2